UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANATRA ENTERPRISES, INC. | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff | : | 302CV2190 (JCH) |
| | : | |
| V. | : | |
| | : | |
| MONUMENTAL LIFE INSURANCE | : | |
| COMPANY | : | |
| Defendant | : | October 14, 2003 |

## APPEARANCE

TO:   Clerk
       United States District Court
       915 Lafayette Boulevard
       Bridgeport, CT 06604

Please enter the appearance of the undersigned, Stephen B. Hudak III of Day, Berry & Howard LLP as attorney for the defendant, Monumental Life Insurance Company, in the above-entitled action.

Dated at Hartford, Connecticut this 14th day of October, 2003.

DEFENDANT,
MONUMENTAL LIFE
INSURANCE COMPANY

By_____

Daniel L. FitzMaurice (ct05331)
Stephen B. Hudak III (ct25200)
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100
Fax (860) 275-0343
Its Attorneys

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing has been sent via first class mail, postage prepaid, to the following counsel of record:

Eric P. Smith, Esq.
Lynch, Traub, Keefe and Errante, P.C.
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

_____
      Stephen B Hudak III