UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
| | | |
|---|---|---|
| ANATRA ENTERPRISES, INC. | : | CIVIL ACTION NO. |
|  | : |  |
| Plaintiff | : | 302CV2190 (JCH) |
|  | : |  |
| V. | : |  |
|  | : |  |
| MONUMENTAL LIFE INSURANCE COMPANY | : |  |
|  | : |  |
| Defendant | : | October 15, 2003 |

## MOTION TO AMEND PLEADINGS

Pursuant to Federal Rule of Civil Procedure 15(a), defendant Monumental Life Insurance Company ("Monumental") moves to amend its pleadings. Specifically, Monumental moves to amend three paragraphs in its Affirmative Defenses (paragraphs 2, 7, and 8). Under Rule 15(a), "a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and that action has not been placed on the trial calendar, the party may so amend it at any time within 20 days after it is served." Monumental served its Amended Answer, Affirmative Defenses, and Counterclaim 19 days ago on September 26, 2003. As of this time, the plaintiff has not served a responsive pleading. The proposed Second Amended Answer, Affirmative Defenses, and Counterclaim are attached hereto as Exhibit 1. For the foregoing reasons, Monumental respectfully requests that this motion be granted. Monumental has

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

discussed this motion with plaintiff's counsel, who does not object to the relief sought in this motion.

DEFENDANT,
MONUMENTAL LIFE
INSURANCE COMPANY


By_____

Daniel L. FitzMaurice (ct05331)
Stephen B. Hudak III (ct25200)
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100
Fax (860) 275-0343
Its Attorneys

## CERTIFICATION

I hereby certify that a copy of the foregoing has been sent via first class mail, postage prepaid, to the following counsel of record:

Eric P. Smith, Esq.
Lynch, Traub, Keefe and Errante, P.C.
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

_____
Stephen B. Hudak III