UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 22  P 12: 34

| | | |
|---|---|---|
| ANATRA ENTERPRISES, INC. | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff | : | 3:02CV2190 (JCH) |
| | : | |
| V. | : | |
| | : | |
| MONUMENTAL LIFE INSURANCE COMPANY | : | |
| | : | |
| Defendant | : | October 21, 2003 |

## MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c), the parties hereby respectfully move for entry of the Stipulated Protective Order, which is attached. This Order is necessary to protect the privacy and confidentiality of certain documents requested in discovery by the parties.

PLAINTIFF
ANATRA ENTERPRISES, INC.

By_____
Eric P. Smith, Esq. (ct16141)
Lynch, Traub, Keefe and Errante, P.C.
52 Trumbull Street
P.O. Box 1612
(203) 787-0275
New Haven, CT 06506-1612
Attorney for Plaintiff

DEFENDANT
MONUMENTAL LIFE
INSURANCE COMPANY

By_____
Daniel L. FitzMaurice (ct05331)
Stephen B. Hudak III (ct25200)
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100
Fax (860) 275-0343
Attorney for Defendant

**ORAL ARGUMENT NOT REQUESTED**

41446090_1.DOC
October 16, 2003 10:27 AM