

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

F I L E D

2003 OCT 16  A 10: 27

| | | |
|---|---|---|
| ANATRA ENTERPRISES, INC. | : | CIVIL ACTION NO. |
| Plaintiff | : | 302CV2190 (JCH) |
| V. | : | |
| | : | |
| MONUMENTAL LIFE INSURANCE COMPANY | : | |
| Defendant | : | October 15, 2003 |


### MOTION TO AMEND PLEADINGS

Pursuant to Federal Rule of Civil Procedure 15(a), defendant Monumental Life Insurance

Company ("Monumental") moves to amend its pleadings. Specifically, Monumental moves to

amend three paragraphs in its Affirmative Defenses (paragraphs 2, 7, and 8). Under Rule 15(a),

"a party may amend the party's pleading once as a matter of course at any time before a

responsive pleading is served or, if the pleading is one to which no responsive pleading is

permitted and that action has not been placed on the trial calendar, the party may so amend it at

any time within 20 days after it is served." Monumental served its Amended Answer,

Affirmative Defenses, and Counterclaim 19 days ago on September 26, 2003. As of this time,

the plaintiff has not served a responsive pleading. The proposed Second Amended Answer,

Affirmative Defenses, and Counterclaim are attached hereto as Exhibit 1. For the foregoing

reasons, Monumental respectfully requests that this motion be granted. Monumental has


**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**