UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANATARA ENT INC.           :
                           :
v.                         :   CIV. NO. 3:02CV2190 (JCH)
                           :
MONUMENTAL LIFE INS. CO.   :
                           :

SCHEDULING ORDER

A telephone conference call was held on January 29, 2004, to address pending discovery issues. After discussion, the parties agreed to the following:

Defendant has produced over 4,000 pages of documents in response to plaintiff's requests to produce. The parties agree to discuss which documents are responsive to each request by Friday, February 6, 2004.

On or before Friday, February 13, 2004, plaintiff will state what, if any, further discovery is sought and will contact the Court regarding the need for additional discovery.

Plaintiff will file an expert report on damages on or before Wednesday, February 25, 2004.

Either party may contact the Court to schedule a conference as issues arise.

A settlement conference will be held on March 4, 2004 at 2:00 p.m.

SO ORDERED at Bridgeport this 30 day of January 2004

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE