UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANATRA ENTERPRISES, INC. | CIVIL ACTION NO. |
| Plaintiff, | 3:02-CV-2190 (JCH) |
| V. | |
| MONUMENTAL LIFE INSURANCE COMPANY | |
| Defendant. | FEBRUARY 2, 2004 |

## MOTION TO AMEND AFFIRMATIVE DEFENSES

Pursuant to Federal Rule of Civil Procedure 15(a), defendant Monumental Life Insurance Company ("Monumental") moves to amend its pleadings to add an affirmative defense. The proposed Ninth Affirmative Defense is attached hereto as Exhibit A.

Under Federal Rule of Civil Procedure 15(a), a motion to leave to amend pleadings "shall be freely granted when justice so requires." The proposed Ninth Affirmative Defense is based on facts obtained in discovery, including third party deposition testimony, that were not available at the time of the original pleadings.

For the foregoing reasons, Monumental respectfully requests that this motion be granted. Monumental has discussed this motion with plaintiff's counsel, who does not object to the filing of this motion.

GRANTED, Absent Objection
SO ORDERED
[signature] 2/5/04
Janet C. Hall, U.S.D.J.

DEFENDANT, MONUMENTAL LIFE
INSURANCE COMPANY

By _____[signature]_____
Daniel L. FitzMaurice (ct05331)
Stephen B. Hudak III (ct25200)
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
Phone: (860) 275-0100
Fax: (860) 275-0343
Its Attorneys