```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

|  |  |
|---|---|
| ANATRA ENT INC. | : |
| v. | : CIV. NO. 3:02CV2190 (JCH) |
| MONUMENTAL LIFE INS. CO. | : |

## SCHEDULING ORDER

A telephone conference call was held on March 4, 2004, to discuss rescheduling a settlement conference and extending discovery deadlines. After discussion, the parties agreed to the following:

A conference will be held on Tuesday, March 16, 2004 at 10 a.m., to discuss whether there might be an alternative method to resolve the case, other than a court-sponsored settlement conference. It was agreed that only counsel for both parties will attend the conference. However, the parties shall be available via telephone should the need to contact them arise.

Plaintiff's expert report is now due on Friday, March 26, 2004.

SO ORDERED at Bridgeport this 12th day of March 2004

__/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE