```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
_____
ANATRA ENTERPRISES, INC.,          :
                                   :
           Plaintiff,              :
                                   :
V.                                 :
                                   :
MONUMENTAL LIFE INSURANCE COMPANY, :  CIVIL ACTION NO.
                                   :  3:02-cv-2190 (JCH)
           Defendant.              :
-----------------------------------   AUGUST 20, 2004
```

### **STIPLUATION OF DISMISSAL**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiff, Anatra Enterprises, Inc., hereby stipulates to dismissal of all claims asserted by it against the defendant, Monumental Life Insurance Company, **with prejudice**.

Pursuant to Rules 41(a) and 41(c) of the Federal Rules of Civil Procedure, the counterclaim plaintiff, Monumental Life Insurance Company, hereby stipulates to dismissal of all counterclaims asserted by it against the counterclaim defendant, Anatra Enterprises, Inc., **with prejudice**.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\Documents and Settings\lazerep\Local Settings\Temporary Internet Files\OLK57\Stip of Dismissal 8-20-04l.doc

- 1 -

Respectfully submitted,

THE PLAINTIFF,
Anatra Enterprises, Inc.


By: _____
    ERIC P. SMITH, ESQ.
    ct16141
    Lynch Traub Keefe & Errante, PC
    52 Trumbull St.
    New Haven, CT 06510
    (203) 787-0275
    (203) 782-0278 (facsimile)


THE DEFENDANT/COUNTERCLAIM PLAINTIFF,
Monumental Life Ins. Co.


BY: _____
    Stephen B. Hudak, III, Esq.
    ct25200
    Day, Berry & Howard, LLP
    CityPlace I
    Hartford, CT  06103-3499
    (860) 275-0100
    (860) 275-0343

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\Documents and Settings\lazerep\Local Settings\Temporary Internet Files\OLK57\Stip of Dismissal 8-20-04l.doc

-2-